# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### (Martinsburg Division)

TAMMY M. BLAKE, a/k/a "Brooke,"
and TARA N. FELLERS, a/k/a "Alize,"
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.                            CIVIL ACTION NO.  3:12-cv-2

TABOO GENTLEMEN'S CLUB, LLC,
and CASEY McGEE,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this cause having agreed to resolve their differences hereby stipulate to dismissal of this action, with prejudice, pursuant to Fed.R.Civ.P. 42(a)(1)(ii).

However, the parties request that the Court retain jurisdiction over this matter for a period of 30 days so that the parties may complete the settlement.

                        Respectfully submitted,

| | |
|---|---|
| /s/ Garry G. Geffert | /s/ David A. Camilletti |
| Garry G. Geffert (W.Va. Bar # 1364) | David A. Camilletti (WV Bar # 599) |
| 114 S. Maple Avenue | 103 W. Liberty St. |
| P.O. Box 2281 | Charles Town, WV 25414 |
| Martinsburg, WV 25402 | Voice: (304) 725-0937 |
| Voice:  (304) 262-4436 | Fax:    (304) 725-1039 |
| Fax:    (304) 596-6036 | Email: dcamilletti@frontier.com |
| Email: geffert@wvdsl.net | |

| | |
|---|---|
| Gregg C. Greenberg | Bradley J. Shafer |
| The Zipin Law Firm, LLC | Matthew J. Hoffer |
| 8403 Colesville Rd., Suite 610 | Shafer & Associates, PC |
| Silver Spring, MD 20910 | 3800 Capital city Blvd., Suite 2 |
| Voice: (301) 587- 9373 | Lansing, MI 48906 |
| Fax:    (301) 9397 | Voice: (517) 886-6560 |
| Email: ggreenberg@zipinlaw.com | Fax:    (517) 886-6565 |
| | Email: brad@bradshaferlaw.com |
| | matt@bradshaferlaw.com |
| Date:   October 16, 2012 | Date:   October 16, 2012 |